26 So.2d 923

### William J. GRIMMETT v. STATE.
7 Div. 859.

Court of Appeals of Alabama.
June 25, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

23 So.2d 884

### William George GRISSETT v. STATE.
I Div. 513.

Court of Appeals of Alabama.
Nov. 27, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

24 So.2d 922

### D. M. GRISWOLD v. STATE.
6 Div. 207.

Court of Appeals of Alabama.
Jan. 22, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

26 So.2d 923

### Charlie GUNTER v. CITY OF JASPER.
6 Div. 266.

Court of Appeals of Alabama.
May 14, 1946.

CARR, Judge.
Affirmed.

26 So.2d 923

### L. A. GUTHRIE v. STATE.
6 Div. 255.

Court of Appeals of Alabama.
April 23, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

21 So.2d 856

### Bill HADLEY v. STATE.
I Div. 504.

Court of Appeals of Alabama.
April 10, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.